Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ANDREW ROBERT BRAND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ROBERT BRAND ) | Case No.: 1:14-cv-00389-GSA |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| CAROLYN W. COLVIN,[1]  Acting ) | |
| Commissioner of Social Security. ) | Doc. 12 |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Based upon the stipulation of the parties filed as Doc. 12 in this action, and

for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time

for filing his Opening Brief.  Accordingly, Plaintiff shall file his Opening Brief on

---

[1] Carolyn W. Colvin became the Acting  Commissioner of Social Security on
February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal
Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for
Commissioner Michael J. Astrue as Defendant in this suit. No further action need
be taken to continue this suit by reason of the last sentence of section 205(g) of the
Social Security Act, 42 U.S.C. § 405(g).

or before December 29, 2014.  All other deadlines set forth in the March 21, 2014
Scheduling Order shall be extended accordingly.

**IT IS SO ORDERED**

Dated: November 25, 2014                              /s/ **Gary S. Austin**

United States Magistrate Judge