Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ANDREW ROBERT BRAND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ROBERT BRAND | ) Case No.: 1:14-cv-00389-GSA |
| | ) |
| Plaintiff, | ) ORDER EXTENDING BRIEFING |
| v. | ) SCHEDULE |
| | ) |
| CAROLYN W. COLVIN,[1] Acting | ) |
| Commissioner of Social Security. | ) (Doc. No. 14) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

-1-

1
2
3
4
5

Based on the stipulation between the parties (Doc. No. 14), the Court grants an extension of time for Plaintiff to file his Opening Brief. Plaintiff shall file his Opening Brief on or before February 2, 2015. Defendant shall file any opposition brief on or before March 4, 2015 and Plaintiff may file any reply brief on or before March 19, 2015.

6
7

IT IS SO ORDERED.

8
9

Dated:   **January 5, 2015**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26